**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

_____

CAROLYN ULREY, As Personal Representative of the
and on Behalf of the Wrongful Death Beneficiaries of
PHILLIP ULREY, Deceased,

    Plaintiff

VS.    NO:3:07CV00190SWW

COVENANT TRANSPORTATION GROUP, INC.,
STAR TRANSPORTATION, INC. and GENE TRACY    Defendants

_____

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, the Defendants to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff).

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's case be, and the same is hereby dismissed with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, the Defendants to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff) for which let execution issue, if needed.

DATED this 30th day of July, 2008.

    /s/Susan Webber Wright

    UNITED STATES DISTRICT JUDGE

APPROVED BY:


/s/  Todd Williams w/permission
TODD WILLIAMS, AR #85171
Attorney for Plaintiff
**Snellgrove, Langley, Culpepper, Williams & Mullally**
P.O. Box 1346
Jonesboro, Arkansas 72403
(Phone:  870-932-8357)


/s/  Carl Wyatt
CARL WYATT, TN #12304
Attorney for Defendants
**Glassman, Edwards, Wade & Wyatt, P.C.**
26 North Second Street
Memphis, Tennessee  38103
(Phone:  901-527-4673)
(Our File No.  07-049Z)